JOHN J. McNULTY, APPELLANT, v. DENNIE O'CONNELL, RESPONDENT.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Abraham Alboum*.

For the respondent, *Howe & Davis*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.